```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:   9-21-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILSON LABORIEL,

                Petitioner,

                v.

WILLIAM LEE, *Superintendent of the Eastern Correctional Facility*,

                Respondent.

No. 18-CV-3616 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        Petitioner Wilson Laboriel, proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in connection with his state-law convictions. *See* Dkt. 1. On January 15, 2019, Petitioner submitted an amended petition, *see* Dkt. 19-1, and on April 25, 2019, he submitted a "First Amended Complaint Traverse" in further support of his Petition and Amended Petition, *see* Dkt. 26. The copy of Petitioner's "First Amended Complaint Traverse" in this Court's possession, however, appears to be missing pages. Specifically, it is missing pages 8, 20-23, and 26. As soon as possible, but no later than October 13, 2020, Petitioner shall submit a complete version of his "First Amended Complaint Traverse," or a letter indicating that the document filed at Dkt. 26 is indeed a complete version of the document despite the missing pages. The Clerk of Court is respectfully directed to mail a copy of this Order and the document at Dkt. 26 to Petitioner.

SO ORDERED.

Dated:    September 21, 2020
             New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge